Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioner. *Mr. Vincent O'Brien* for respondents.

No. 316. MEHRLUST *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Andrew B. Trudgian* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Berryman Green,* and *Richard H. Demuth* for respondent.

No. 317. HUFFMAN *v.* CITY OF WICHITA. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. Thomas E. Elcock* and *John W. Adams* for petitioner. *Mr. Benj. F. Hegler* for respondent.

No. 318. BONNER ET AL. *v.* SUITER ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. H. A. Ledbetter* for petitioners. *Mr. Malcolm E. Rosser* for respondents.

No. 323. AMERICAN NATIONAL BANK *v.* CITY OF SANFORD ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Stuart B. Warren, J. Blanc Monroe,* and *Monte M. Lemann* for petitioner. *Mr. Robert J. Pleus* for the City of Sanford, and *Solicitor General*